IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PATRICK INDUSTRIES, INC.,

    Plaintiff,

vs.                                                      No. 1:25-cv-00813-KG-LF

CONTINENTAL CASUALTY COMPANY, *et al.*,

    Defendants.

## AMENDED ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(A), this matter is referred to Magistrate Judge Laura Fashing to hear and determine *Defendant's Motion to Change Venue*, Doc. 9. The parties will be given the opportunity to request reconsideration where it has been shown that "the magistrate judge's order is clearly erroneous or contrary to the law." 28 U.S.C. § 636(b)(1)(A).

IT IS SO ORDERED.

                                                 /s/Kenneth J. Gonzales_____
                                                 CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.